

# MANDATE

## The Fourteenth Court of Appeals

NO. 14-15-00334-CV

Miguel Angel Gonzalez Guilbot and Carlos Alberto Gonzalez Guilbot, Appellants

v.

William Pakalka, Fulbright & Jawaroski, L&T American Corporation, TG Interamerica Corporation, Franceville International, Inc., and Arkhangel International, Inc., Appellees

Appealed from the Probate Court No. 2 of Harris County. (Tr. Ct. No. 344,157-401). Opinion delivered Per Curiam.

**TO PROBATE COURT NO. 2 OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals on June 11, 2015, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

Today the Court heard appellant's motion to dismiss the appeal from the order signed by the court below on April 10, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Miguel Angel Gonzalez Guilbot and Carlos Alberto Gonzalez Guilbot.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, June 12, 2015.

**CHRISTOPHER A. PRINE, CLERK**